1  SCOTT M. LIDMAN, Bar No. 199433
   slidman@littler.com
2  JOSHUA Z. FELDMAN, Bar No. 199207
   jfeldman@littler.com
3  MAGGY M. ATHANASIOUS, Bar No. 252137
   mathanasious@littler.com
4  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
5  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
6  Facsimile:  310.553.5583

7  Attorneys for Defendant
   LUXOTTICA RETAIL NORTH AMERICA INC.
8  (erroneously sued as LENSCRAFTERS, INC.)

9  PATRICK MCNICHOLAS, Bar No. 125868
   DAVID M. ANGELOFF, Bar No. 272929
10 McNICHOLAS & McNICHOLAS, LLP
   10866 Wilshire Blvd., Suite 1400
11 Los Angeles, CA 90024
   Telephone:  310.474-1582
12 Facsimile:  310.475.7871

13 Attorneys for Plaintiffs
   ANDREA SMITH; HAROLD CUTTS;
14 JENNIFER VALERY; & KENNETH JOHNSON

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

| 17 ANDREA SMITH; HAROLD CUTTS; JENNIFER VALERY; & KENNETH JOHNSON, | Case No.  5:13-cv-01348-VAP-DTB |
|---|---|
| 18 | ASSIGNED TO:  HONORABLE VIRGINIA A. PHILLIPS |
| 19 Plaintiffs, | |
| 20 v. | [**PROPOSED**] **ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT FOR DEFENDANT** |
| 21 LENSCRAFTERS, INC.; and DOES 1 through 100, Inclusive, | |
| 22 Defendants. | Trial Date:     None Set Complaint Filed: June 25, 2013 |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | CENTRAL DISTRICT OF CALIFORNIA | |
| 10 | ANDREA SMITH; HAROLD CUTTS; JENNIFER VALERY; & KENNETH JOHNSON, | Case No. 5:13-cv-01348-VAP-DTB |
| 11 | | ASSIGNED TO: HONORABLE VIRGINIA A. PHILLIPS |
| 12 | Plaintiffs, | **ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT FOR DEFENDANT** |
| 13 | v. | |
| 14 | LENSCRAFTERS, INC.; and DOES 1 through 100, Inclusive, | |
| 15 | | Trial Date: None Set |
| 16 | Defendants. | Complaint Filed: June 25, 2013 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.

Upon consideration of the Parties' Stipulation to Confirm Arbitration Award And Enter Judgment For Defendant,

**IT IS HEREBY ORDERED THAT:**

1. The Arbitrator's Ruling and Award in the matter of *Andrea Smith, et al. v. LensCrafters Inc.*, ADR Case No. 14-0164-JWH, attached hereto as **Exhibit A**, is confirmed by the Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 and California Code of Civil Procedure 1285 et al.

2. No grounds exist under 9 U.S.C. §§ 10-11 or California Code of Civil Procedure section 1285 et seq. to vacate, modify or otherwise correct the Arbitrator's Award in the above-listed matter, and Defendant has satisfied any and all necessary preconditions to confirming and entering judgment on the arbitration Award.

3. Judgment is entered in favor of Defendant and against Plaintiffs.

4. Plaintiffs and Defendant shall each bear their own attorneys' fees and costs incurred in connection with the prosecution and defense, respectively, of Plaintiffs' claims.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 14, 2015

Virginia A. Phillips

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Firmwide:133496967.1 052266.1109

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308